**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICKY SCOTT, *individually, on Behalf of Himself and on Behalf of the General Public of the District of Columbia*,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | No. 23-cv-00475-AHA<br><br>Hon. Amir H. Ali |

**JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER AND PROTOCOL REGARDING PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION AND HARDCOPY DOCUMENTS**

The Parties, by and through their undersigned counsel, hereby request that the Court enter the attached Stipulated Protective Order and Protocol Regarding Production Format of Electronically Stored Information and Hardcopy Documents ("ESI Protocol"). The Parties have conferred regarding a Protective Order and ESI Protocol and have reached agreement on the same, which are attached as Exhibits A and B, respectively. Therefore, the Parties request that the Court enter the attached Protective Order and ESI Protocol.

Dated: April 3, 2025               Respectfully submitted,

                              */s/  David R. Singh*

                              David R. Singh (Bar ID 300840) (*pro hac vice*)
                              **WEIL, GOTSHAL & MANGES LLP**
                              201 Redwood Shores Parkway
                              Redwood Shores, CA 94065-1134
                              Telephone: (650) 802-3000
                              Facsimile: (650) 802-310
                              david.singh@weil.com

Luke Sullivan (BAR ID 1631774)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, N.W.
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Luke.Sullivan@weil.com

*Attorneys for Apple Inc.*


/s/ *Jason S. Rathod*

Jason S. Rathod, Esq.
Bar No. 1000882
Nicholas A. Migliaccio, Esq.
Bar No. 484366
Bryan G. Faubus, Esq.
Bar No. 90010590
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Ste. 302
Washington, DC 20002
Tel: (202) 470-3520

*Attorneys for Plaintiff and the Putative Class*

2

## CERTIFICATE REGARDING CONSENT

I hereby certify that pursuant to LCvR 7(m), the consent of Plaintiff Ricky Scott's counsel was sought prior to filing this motion, and Jason Rathod as Plaintiff Ricky Scott's counsel consented to the filing of the instant motion to be done jointly.

Dated: April 3, 2025                    /s/  David R. Singh

David R. Singh (Bar ID 300840) (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-310
david.singh@weil.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served on all counsel of record, including Defendants' counsel, through the Court's electronic filing system.

Dated: April 3, 2025                    /s/  David R. Singh

David R. Singh (Bar ID 300840) (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-310
david.singh@weil.com