**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICKY SCOTT, *individually, on Behalf of Himself and on Behalf of the General Public of the District of Columbia*, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. 23-cv-00475-AHA <br><br> Hon. Amir H. Ali |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER AND PROTOCOL REGARDING PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION AND HARDCOPY DOCUMENTS**

Upon consideration of the Parties' Joint Motion to Enter Stipulated Protective Order and Protocol Regarding Production Format of Electronically Stored Information and Hardcopy Documents, it is hereby:

ORDERED that the Proposed Stipulated Protective Order Regarding the Disclosure and Use of Discovery Materials is GRANTED; and

ORDERED that the Proposed ESI Protocol is GRANTED.

SO ORDERED.


Dated: _____        _____
                                      Honorable Amir H. Ali
                                      United States District Judge